AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

Sealed

| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-20231 SHL |
| Larry Smith a/k/a Killa a/k/a Killah | ) | |
| Defendant | ) | |

ORIGINAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Larry Smith,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2 & 922(g)(1) - felon in possession of a firearm; aiding and abetting

Date: 09/18/2025

s/Chris Sowell
*Issuing officer's signature*

City and state: Memphis, Tennessee

Hon. Annie T. Christoff, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 9/26/25
at *(city and state)* Memphis, TN.

Date: 9/26/25

*Arresting officer's signature*

DUSM W Ed
*Printed name and title*